**United States District Court**
For the Northern District of California

1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                        NORTHERN DISTRICT OF CALIFORNIA

8

9   ANTHONY A. PERRY,                           No. C-12-03534 DMR

10              Plaintiff(s),                    **ORDER CONTINUING INITIAL CASE**
                                                 **MANAGEMENT CONFERENCE**
11       v.

12  UNITED STATES OF AMERICA, ET AL.,

13              Defendant(s).
    _____/

14

15  TO ALL PARTIES AND COUNSEL OF RECORD:

16         The Initial Case Management Conference previously scheduled for October 10, 2012 has

17  been CONTINUED to **November 28, 2012 at 1:30 p.m.**,  Courtroom 4, 3rd Floor, U.S. District

18  Court, 1301 Clay Street, Oakland, California 94612.  The Case Management Statement is due no

19  later than **November 21, 2012.**  All other deadlines as set forth in the Order Setting Initial Case

20  Management Conference and ADR Deadlines are continued accordingly.  *See* Docket No. 3.

21

22         IT IS SO ORDERED.

23

24  Dated:  September 28, 2012

25  _____

26  DONNA M. RYU
    United States Magistrate Judge

27

28