UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY A. PERRY,<br><br>    Plaintiff(s),<br><br>    v.<br><br>UNITED STATES OF AMERICA, ET AL.,<br><br>    Defendant(s).<br>_____/ | No. C-12-03534 DMR<br><br>**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Initial Case Management Conference previously scheduled for November 28, 2012 has been CONTINUED to **January 30, 2013 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The Case Management Statement is due no later than **January 23, 2013.** All other deadlines as set forth in the Order Setting Initial Case Management Conference and ADR Deadlines are continued accordingly. *See* Docket No. 3.

IT IS SO ORDERED.

Dated: November 21, 2012

DONNA M. RYU
United States Magistrate Judge