UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY A. PERRY,

      Plaintiff(s),

   v.

UNITED STATES OF AMERICA, ET AL.,

      Defendant(s).
_____/

No. C-12-03534 DMR

**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**

TO ALL PARTIES AND COUNSEL OF RECORD:

    The Initial Case Management Conference previously scheduled for November 28, 2012 has been CONTINUED to **January 30, 2013 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The Case Management Statement is due no later than **January 23, 2013.** All other deadlines as set forth in the Order Setting Initial Case Management Conference and ADR Deadlines are continued accordingly. *See* Docket No. 3.

    IT IS SO ORDERED.

Dated: November 21, 2012

_____
DONNA M. RYU
United States Magistrate Judge