UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY A. PERRY, | No. C 12-03534 DMR |
| Plaintiff, | **ORDER GRANTING PLAINTIFF EXTENSION OF TIME TO FILE AMENDED COMPLAINT** |
| v. | |
| UNITED STATES OF AMERICA, ET AL., | |
| Defendants. | |

On November 21, 2012, the court granted *pro se* Plaintiff Anthony A. Perry's application to proceed *in forma pauperis* and dismissed the complaint with leave to amend. [Docket No. 9.] The court granted Plaintiff until December 10, 2012 to file an amended complaint. On December 10, 2012, Plaintiff filed a request for an extension of time to file the amended complaint, asserting that he needs additional time to learn the names of the defendants so that he may specifically name them in the amended complaint. [Docket No. 12.]

In his original complaint, Plaintiff named a large number of individual defendants. However, Plaintiff only connected individually-named defendants to those claims that the court found time-barred. With respect to the remaining claims, which the court dismissed with leave to amend, Plaintiff did not connect any individually-named defendants to the incidents upon which those claims were based. Accordingly, in amending his complaint, Plaintiff should set forth facts linking the specific defendants he names to the alleged violation of his rights, in accordance with the court's

order dismissing the complaint. If Plaintiff is not able to name one or more defendants when he files his amended complaint, he should provide sufficient information to enable the court and his opponents to know who he is trying to identify. *See Wakefield v. Thompson*, 177 F.3d 1160, 1163 (9th Cir. 1999) (noting that although the plaintiff did not know the name of the officer he sought to name as a defendant, the plaintiff informed the court that the officer's identity could be determined "by inspecting the 'parole papers that the plaintiff signed at the time of his release' and the 'Duty Roster for that day.'"). Plaintiff is hereby granted until January 4, 2013 to file an amended complaint.

IT IS SO ORDERED.

Dated: December 18, 2012



DONNA M. RYU
United States Magistrate Judge

United States District Court
For the Northern District of California

2