UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY A. PERRY,

      Plaintiff,

    v.

UNITED STATES OF AMERICA, ET AL.,

      Defendants.
_____/

No. C 12-03534 DMR

**ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION**

On November 21, 2012, the court granted *pro se* Plaintiff Anthony A. Perry's application to proceed *in forma pauperis* ("IFP"), dismissed the Complaint with leave to amend and ordered Plaintiff to file an amended complaint by December 10, 2012. [Docket No. 9.] On December 10, 2012, Plaintiff filed a motion for an extension of time in which to file his amended complaint. [Docket No. 12.] The court granted Plaintiff's request and ordered Plaintiff to file the amended complaint by January 4, 2013. [Docket No. 13.] On January 4, 2012, instead of filing the amended complaint, Plaintiff filed a motion for reconsideration of the court's November 21, 2012 order. [Docket No. 14.] Pursuant to Civil Local Rule 7-9, no pre-judgment motion for reconsideration may be brought without leave of court. N.D. Civil L.R. 7-9(a). Accordingly, the court will construe Plaintiff's submission as a motion for leave to file a motion for reconsideration of the court's November 21, 2012 order of dismissal.

A motion for reconsideration may be made on one of three grounds: (1) a material difference in fact or law exists from that which was presented to the court, which, in the exercise of reasonable diligence, the party applying for reconsideration did not know at the time of the order for which reconsideration is sought; (2) the emergence of new material facts or a change of law; or (3) a manifest failure by the court to consider material facts or dispositive legal arguments presented before such order. N.D. Civ. L.R. 7-9(b)(1)-(3).

Having reviewed Plaintiff's submission, the court concludes that Plaintiff has not set forth grounds for leave to file a motion for reconsideration. Plaintiff has not demonstrated the emergence of new material facts or a change in law occurring after the time of the court's order which should alter the analysis of this court's order of dismissal dated November 21, 2012, nor has he demonstrated that there is a material difference in fact or law from that which was presented to the court. *See* Civil L.R. 7-9(b)(1), (2). Further, Plaintiff has not offered any evidence of "manifest failure by the Court to consider material facts or dispositive legal arguments which were presented to the Court." Civil L. R. 7-9(b)(3). Therefore, the court DENIES Plaintiff's motion for leave to file a motion for reconsideration.

Plaintiff is granted until **January 31, 2012** to file an amended complaint. No further extensions will be granted. The court hereby VACATES the Initial Case Management Conference set for January 30, 2013. The court will set a new date for the Initial Case Management Conference upon the filing of Plaintiff's amended complaint.

IT IS SO ORDERED.

Dated: January 14, 2013



DONNA M. RYU
United States Magistrate Judge

2