UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY A. PERRY,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA, ET AL.,<br><br>    Defendants.<br>_____/ | No. C 12-03534 DMR<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

    On November 21, 2012, the court granted *pro se* Plaintiff Anthony A. Perry's application to proceed *in forma pauperis* ("IFP"), dismissed the Complaint with leave to amend and ordered Plaintiff to file an amended complaint by December 10, 2012. [Docket No. 9.] On December 10, 2012, Plaintiff filed a motion for an extension of time in which to file his amended complaint. [Docket No. 12.] The court granted Plaintiff's request and ordered Plaintiff to file the amended complaint by January 4, 2013. [Docket No. 13.] On January 4, 2012, instead of filing the amended complaint, Plaintiff filed a motion for reconsideration of the court's November 21, 2012 order. [Docket No. 14.] On January 14, 2013, the court denied Plaintiff's motion for reconsideration and granted Plaintiff until January 31, 2013 to file the amended complaint. [Docket No. 15.] Plaintiff

1 has not filed an amended complaint. Accordingly, Plaintiff is ordered to file a statement by no later
than **February 19, 2013** stating why this matter should not be dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated: February 7, 2013



_____
DONNA M. RYU
United States Magistrate Judge

2