**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY A. PERRY, | No. C 12-03534 DMR |
| Plaintiff, | **ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |
| v. | |
| UNITED STATES OF AMERICA, ET AL., | |
| Defendants. | |
| _____/ | |

     On November 21, 2012, the court granted *pro se* Plaintiff Anthony A. Perry's application to proceed *in forma pauperis* ("IFP"), dismissed the Complaint with leave to amend and ordered Plaintiff to file an amended complaint by December 10, 2012.  [Docket No. 9.]  On December 10, 2012, Plaintiff filed a motion for an extension of time in which to file his amended complaint. [Docket No. 12.]  The court granted Plaintiff's request and ordered Plaintiff to file the amended complaint by January 4, 2013.  [Docket No. 13.]  On January 4, 2012, instead of filing the amended complaint, Plaintiff filed a motion for reconsideration of the court's November 21, 2012 order. [Docket No. 14.]  On January 14, 2013, the court denied Plaintiff's motion for reconsideration and granted Plaintiff until January 31, 2013 to file the amended complaint.  [Docket No. 15.]  Plaintiff

has not filed an amended complaint. Accordingly, Plaintiff is ordered to file a statement by no later than **February 19, 2013** stating why this matter should not be dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated: February 7, 2013



_____
DONNA M. RYU
United States Magistrate Judge

United States District Court
For the Northern District of California

2