**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11    ANTHONY A. PERRY,                          No. C-12-03534 DMR

12              Plaintiff,                        **ORDER OF DISMISSAL**

13         v.

14    UNITED STATES OF AMERICA, ET AL.,

15              Defendants.
      _____/
16

17         On November 21, 2012, the court granted *pro se* Plaintiff Anthony A. Perry's application to

18    proceed *in forma pauperis* ("IFP"), dismissed the Complaint with leave to amend and ordered

19    Plaintiff to file an amended complaint by December 10, 2012.  [Docket No. 9.]  On December 10,

20    2012, Plaintiff filed a motion for an extension of time in which to file his amended complaint.

21    [Docket No. 12.]  The court granted Plaintiff's request and ordered Plaintiff to file the amended

22    complaint by January 4, 2013.  [Docket No. 13.]  On January 4, 2012, instead of filing the amended

23    complaint, Plaintiff filed a motion for reconsideration of the court's November 21, 2012 order.

24    [Docket No. 14.]  On January 14, 2013, the court denied Plaintiff's motion for reconsideration and

25    granted Plaintiff until January 31, 2013 to file the amended complaint.  [Docket No. 15.]  Plaintiff

26    did not filed an amended complaint.  On February 7, 2013, the court issued an order to show cause

27    why this matter should not be dismissed for failure to prosecute.  [Docket No. 16.]

28

**United States District Court**
For the Northern District of California

1    In his February 19, 2013 response to the order to show cause (Docket No. 18), Plaintiff did

2   not explain why he did not file a timely amended complaint, nor did he attempt to file an amended

3   complaint.  Instead of addressing the defects in his earlier complaint, he discussed additional alleged

4   harms that he claims to have experienced since February 8, 2013.  Plaintiff has been given ample

5   opportunity to file an amended complaint, and was warned that failure to do so would result in

6   dismissal of his case for failure to prosecute.  The court now dismisses the complaint without

7   prejudice.

8

9    IT IS SO ORDERED.

10

11   Dated:  February 25, 2013

12                                                    _____
                                                     DONNA M. RYU
13                                                   United States Magistrate Judge

IT IS SO ORDERED

Judge Donna M. Ryu

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2